# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700203

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## QUINN A. ANTONAKAKIS
Private First Class (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Emily A. Jackson-Hall, USMC.
Convening Authority: Commanding General, 2d Marine Division, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Major Winston G. McMillan, USMC.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 26 October 2017

———————————————

Before MARKS, WOODARD, and ELLINGTON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court